IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID DRENTH,

        Plaintiff,

v.

REBECCA PRINSLOW, et al.,

        Defendants.

Civil No. 07-988-AC

ORDER

ACOSTA, Magistrate Judge.

Pursuant to the Stipulated Entry of Judgment of Dismissal With Prejudice and General Release (#75) filed by the parties on February 3, 2009, IT IS ORDERED that this action is DISMISSED, with prejudice, under the terms set forth therein.

IT IS SO ORDERED.

DATED this 5th day of February, 2009.

                                John V. Acosta
                                United States Magistrate Judge

1 - ORDER -